UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
United States of America,

                        Plaintiff,

    -against-

                                                                  Case No. 7:18-mj-425

Gilbert J. Duran

                      Defendant.

---------------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                   SO ORDERED.

                                                   Hon. Martin R. Goldberg
                                                 United States Magistrate Judge

Dated: 2/28/2018 *Nunc Pro Tunc*
       Poughkeepsie, New York